UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08483
    JOEY E SIMMONS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4542

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/09/2007 and was confirmed 08/02/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| CARY G SCHIFF & ASSOCIAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| HEAVNER SCOTT BEYERS & M | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | .00 | .00 | .00 |
| PHOENIX AT UPTOWN CONDO | SECURED | 3883.06 | .00 | 1371.98 |
| DICKLER KAHN SLOWIKOWSKI | NOTICE ONLY | NOT FILED | .00 | .00 |
| UPTOWN GOLDBLATTS VENTUR | SECURED | 1212.47 | .00 | 543.26 |
| UPTOWN GOLDBLATTS VENTUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CARY G SCHIFF & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| JASON NEWMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 1462.62 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 710.29 | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| D PATRICK MULLARKEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 810.81 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 836.26 | .00 | .00 |
| GE MONEY BANK | UNSEC W/INTER | 1167.90 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | 9575.83 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 24419.18 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 182.81 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 479.65 | .00 | .00 |
| DORI SAUCEDA | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | PRIORITY | 34693.36 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 08483 JOEY E SIMMONS

```
IL DEPT OF HEALTHCARE &   UNSEC W/INTER   9974.00              .00          .00
TIMOTHY K LIOU            DEBTOR ATTY    1,465.20              .00          .00
TOM VAUGHN               TRUSTEE                                        128.76
DEBTOR REFUND            REFUND                                             .00
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    2,044.00

PRIORITY                                            .00
SECURED                                       1,915.24
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                            128.76
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                     2,044.00           2,044.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
     Dated: 01/28/08       _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE